| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Marc E. Hankin (SBN: 170505)<br>Marc@hpl.law<br>Elodie Bardon (SBN: 352856)<br>Elodie@hpl.law<br>HANKIN PATENT LAW, APC<br>11414 Thurston Circle<br>Los Angeles, CA 90049<br>Tel: (310) 979-3600<br>ATTORNEY(S) FOR: P&P Imports LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&P Imports LLC,<br><br>Plaintiff(s),<br>v.<br>Vevor Store LLC; et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-02494<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___P&P Imports LLC___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| P&P Imports LLC | Plaintiff |
| Vevor Store LLC | Defendant |
| Vevor Technology LLC | Defendant |
| Vevor Technology Ltd. | Defendant |
| Vevor Corporation | Defendant |
| Vevor Equipment Inc. | Defendant |
| Sanven Corporation | Defendant |
| Sanven Technology Ltd. | Defendant |
| Shanghai MuXinMuYe Youxiangongsi | Defendant |
| Shanghai LEILEI E-Commerce Co., Ltd. | Defendant |
| Shanghai SIJIE E-Commerce Co., Ltd. | Defendant |
| Bozhou LEIKEYOU Technology Co., Ltd. | Defendant |

November 6, 2025              /Marc E. Hankin/
Date                          Signature

Attorney of record for (or name of party appearing in pro per):

Marc E. Hankin