Kenneth T. Emanuelson
THE EMANUELSON FIRM, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone: 469-363-5808
Ken@Emanuelson.us

R. JOSEPH TROJAN (#137067)
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

ATTORNEYS FOR DEFENDANTS / COUNTERCLAIMANTS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| P&P Imports LLC,<br><br>Plaintiff<br><br>v.<br><br>Vevor Store LLC; Vevor Technology LLC; Vevor Technology Ltd.; Vevor Corporation; Vevor Equipment Inc.; Sanven Corporation; Sanven Technology Ltd.; Shanghai MuXinMuYe Youxiangongsi; Shanghai LEILEI E-Commerce Co., Ltd.; Shanghai SIJIE E-Commerce Co., Ltd.; Bozhou LEIKEYOU Technology Co., Ltd.; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE No. 8:25-cv-02494-DOC-DFM<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND<br><br>Date: May 4, 2026<br>Time: 8:30 am Pacific Time<br>Place: Courtroom 10A<br><br>[Assigned to the Honorable David O. Carter] |



TROJAN LAW OFFICES, P.C.
BEVERLY HILLS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 4th, 2026, at 8:30 am Pacific Time, or as soon thereafter as this matter may be heard by the above-entitled Court, located at 411 W. Fourth St., Santa Ana, California 92701, Courtroom 10A, Defendants Vevor Store LLC, Vevor Technology LLC, Vevor Technology Ltd., Sanven Corporation, and Sanven Technology Limited ("Defendants") will and hereby does move this Honorable Court for an Order granting Defendants leave to amend their Answer.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 that took place via email correspondence from March 30, 2026 through April 1, 2026. In the course of the correspondence between counsel, Counsel for Plaintiff indicated that Plaintiff does not consent to the amendment of Defendants' Answer.

This Motion is supported by the accompanying Memorandum of Points and Authorities, Declaration of Counsel, any oppositions and/or replies, all other pleadings, files, and records herein, and upon such oral argument as may be presented at the Hearing, if any.

Dated: April 1, 2026

Respectfully submitted,

*/s/ Kenneth T. Emanuelson*

Kenneth T. Emanuelson
**THE EMANUELSON FIRM, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone: 469-363-5808
Ken@Emanuelson.us

ATTORNEYS FOR DEFENDANTS / COUNTERCLAIMANTS

*/s/ R. Joseph Trojan*

R. JOSEPH TROJAN (#137067)
trojan@trojanlawoffices.com
**TROJAN LAW OFFICES**
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399

TROJAN LAW OFFICES, P.C.
BEVERLY HILLS

TROJAN LAW OFFICES, P.C.
BEVERLY HILLS