**BRUNO TARABICHI**, CA Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy. 124-359
San Jose, California 95118
Telephone: 408.634.0324
Facsimile: 408.715.6707

**DAVID R. OWENS**, CA Bar No. 180829
dowens@dowenslaw.com
**OWENS LAW FIRM, PC**
84 W. Santa Clara St., Suite 700
San Jose, California 95113
Telephone: 408-298-8200

**KENNETH T. EMANUELSON** (pro hac vice)
Ken@Emanuelson.us
**THE EMANUELSON FIRM, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: 469-363-5808

ATTORNEYS FOR DEFENDANTS/COUNTER-CLAIMANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**P&P IMPORTS LLC,**

Plaintiff

vs.

**VEVOR STORE LLC, et al.**

Defendants

**VEVOR STORE LLC, et al.**

Counter-Claimants

vs.

**P&P IMPORTS LLC,**

Counter-Defendant.

Case No. 8:25-cv-02494-DOC-DFM

**DEFENDANTS VEVOR STORE LLC, ET AL.'S NOTICE OF MOTION AND MOTION TO DISMISS CERTAIN CLAIMS FOR PATENT INFRINGEMENT PURSUANT TO FED. R. CIV. P. 12(b)(1)**

Hearing Date: October 19, 2026
Hearing Time: 8:30 am
Courtroom: 10A

Judge: Hon. David O. Carter

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that on Monday, October 19, 2026 at 8:30 a.m., or as soon thereafter as counsel may be heard by the Court, in the Courtroom of the Honorable David O. Carter, located at the Ronald Regan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, California 92701, Defendants Vevor Store LLC, et al. will move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) for an order dismissing Plaintiff P&P Imports LLC's claims for patent infringement of U.S. Design Patent Nos. D1,051,263; D1,048,254; and D1,012,214.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 17, 2026. This motion is made on the grounds that Plaintiff does not have standing to bring its claims for patent infringement of U.S. Design Patent Nos. D1,051,263; D1,048,254; and D1,012,214 due to its lack of ownership of these patents at the time of initiating this lawsuit. Accordingly, this Court does not have jurisdiction over these claims and they must be dismissed.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support of this Motion, the accompanying Declaration of David R. Owens in support of this Motion, the pleadings and papers on file in this action, the arguments of counsel at the hearing on this Motion, and any such further evidence and material the Court may allow.

Date: September 14, 2026

Respectfully Submitted,
/s/ David R. Owens
David R. Owens
OWENS LAW FIRM, PC

Bruno Tarabichi
TMW LAW

Kenneth T. Emanuelson (pro hac vice)
THE EMANUELSON FIRM, P.C.

Attorneys for Defendants