**BRUNO TARABICHI**, CA Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy. 124-359
San Jose, California 95118
Telephone: 408.634.0324
Facsimile: 408.715.6707

**DAVID R. OWENS**, CA Bar No. 180829
dowens@dowenslaw.com
**OWENS LAW FIRM, PC**
84 W. Santa Clara St., Suite 700
San Jose, California 95113
Telephone: 408-298-8200

**KENNETH T. EMANUELSON** (pro hac vice)
Ken@Emanuelson.us
**THE EMANUELSON FIRM, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: 469-363-5808

ATTORNEYS FOR DEFENDANTS/COUNTER-CLAIMANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**P&P IMPORTS LLC,**

Plaintiff

vs.

**VEVOR STORE LLC, et al.**

Defendants

**VEVOR STORE LLC, et al.**

Counter-Claimants

vs.

**P&P IMPORTS LLC,**

Counter-Defendant.

Case No. 8:25-cv-02494-DOC-DFM

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)**

On September 14, 2026, Defendants Vevor Store LLC, et al. filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1). Specifically, this Motion requested dismissal of Plaintiff P&P Imports LLC's Fourth, Fifth, and Ninth Claims for Relief as stated in its First Amended Complaint for patent infringement of U.S. Design Patent Nos. D1,051,263; D1,048,254; and D1,012,214, respectively, due to its lack of ownership of these patents at the time of initiating this lawsuit, thus depriving Plaintiff of standing to assert these claims and depriving the Court of jurisdiction over these claims.

The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

Plaintiff P&P Imports LLC's Fourth, Fifth, and Ninth Claims for Relief as alleged in its First Amended Complaint for patent infringement of U.S. Design Patent Nos. D1,051,263; D1,048,254; and D1,012,214, respectively, are hereby dismissed.

IT IS SO ORDERED.

Dated: ________________ ________________________________

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE