**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

P&P Imports LLC

Plaintiff(s)

v.

Vevor Store LLC; Vevor Technology LLC; Vevor Technology Ltd.; Vevor Corporation; Vevor Equipment Inc.; Sanven Corporation; et al.

Defendant(s).

CASE NUMBER:

8:25–cv–02494–DOC–DFM

**NOTICE OF**
☐ **MEDIATION DATE**
☒ **AMENDED MEDIATION DATE**

*INSTRUCTIONS: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel. The assigned Panel Mediator must file this Notice electronically using the following event: "Civil Events => Other Filings => ADR/Mediation Documents => Notice of Mediation Date (ADR-13)."*

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS**
☐ **SCHEDULED** ☒ **RESCHEDULED**
**A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for October 20, 2026 at 9:00 ☑ a.m. / ☐ p.m.

**LOCATION:** Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th St., Santa Ana, CA

**The mediation session must be completed and an ADR-03 Mediation Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and may only be granted by the Panel Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties may not request a continuance within three business days of a scheduled mediation. Be advised that the Panel Mediator is required to report to the Court after the mediation session as to whether the parties appeared at the mediation as required by Local Rule 16-15.5(b). General Order No. 11-10, § 8.9.

**Dated:** September 22, 2026

**Panel Mediator:** Paul D. Supnik
**Address:** 9454 Wilshire Blvd
#550
Beverly Hills, CA 90212
**Phone:** (310) 859-0100
**Email:** paul@supnik.com