# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&P IMPORTS LLC<br>Plaintiff(s)<br>v.<br>VEVOR STORE LLC, et al.<br>Defendant(s). | CASE NUMBER<br>8:25-cv-02494-DOC-DFM<br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [99]** |

☐ The Court hereby orders that the request of:

Name of Party ☐Plaintiff ☐Defendant ☐Other

☐ to substitute who is

☐ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

Street Address

City, State, Zip E-Mail Address

Telephone Number Fax Number State Bar Number

As attorney of record instead of

List ***all*** attorneys from same firm or agency who are withdrawing.

**Is hereby ☐ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of: R. Joseph Trojan

List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for all defendants and counter claimants

**Is hereby ☑ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawin_/substitutin_ attorney_s) in this case.

Dated: **September 21, 2026**

David O. Carter

U.S. District Judge/David O. Carter