CASEY H. KEMPNER (SBN: 272149)
E-Mail: CKempner@pandpimports.com
JIAXIAO ZHANG (SBN: 317927)
E-Mail: JZhang@pandpimports.com
**P&P IMPORTS LLC**
17352 Derian Ave
Irvine, CA 92614
Telephone: (949) 734-6892

MARC E. HANKIN (SBN: 170505)
E-Mail: Marc@hpl.law
**HANKIN PATENT LAW,**
A Professional Corporation
11414 Thurston Cir
Los Angeles, CA 90049
Tel: (310) 979-3600

Attorneys for PLAINTIFF and COUNTERDEFENDANT,
**P&P Imports LLC**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

P&P Imports LLC,

Plaintiff

v.

Vevor Store LLC; Vevor Technology LLC; Vevor Technology Ltd.; Vevor Corporation; Vevor Equipment Inc.; Sanven Corporation; Sanven Technology Ltd.; Shanghai MuXinMuYe Youxiangongsi; Shanghai LEILEI E-Commerce Co., Ltd.; Shanghai SIJIE E-Commerce Co., Ltd.; Bozhou LEIKEYOU Technology Co., Ltd.; DOES 1 through 10, inclusive,

Defendants.

Vevor Store LLC, Vevor Technology LLC, Sanven Corporation and Sanven Technology Limited;

CounterPlaintiffs,

v.

P&P Imports LLC;

CounterDefendant.

CASE No. 8:25-cv-02494-DOC-DFM

**NOTICE REGARDING CM/ECF TECHNICAL ERROR AND FILING OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS FOR PATENT INFRINGEMENT PURSUANT TO FED. R. CIV. P. 12(B)(1)**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 29, 2026, Plaintiff timely filed its **Opposition to Defendants Vevor Store LLC, et. al's Motion to Dismiss Certain Claims for Patent Infringement Pursuant to Fed. R. Civ. P. 12(b)(1)** (Dkt. No. 104).

Due to a technical error encountered during the CM/ECF filing process, certain exhibits submitted in support of that filing did not successfully upload to the Court's electronic filing system. The underlying Opposition was successfully filed (with its supporting Declaration and Proposed Order); the technical issue affected only the accompanying exhibits. These exhibits are already known to and in the possession of all parties, as they are copies of correspondence between the parties.

Plaintiff is continuing its efforts to electronically file the affected exhibits and, through this Notice, files the exhibits that CM/ECF presently permits to be uploaded. To the extent any remaining exhibits cannot be successfully transmitted with this filing, Plaintiff will promptly file them separately upon resolution of the technical issue.

This Notice is submitted to make a clear record that the exhibits were intended to accompany and support the Opposition filed at Dkt. No. 104 and that their separate filing results solely from the CM/ECF technical issue.

Dated: September 29, 2026

*/s/Jiaxiao Zhang*________________
Jiaxiao Zhang