Exhibit A

**From:** Ken Emanuelson
**To:** Casey Kempner; Jiaxiao Zhang
**Cc:** Joe Trojan; Michiko Speier; Francis Wong
**Subject:** 1715-5006: Letter re: P&P"s Lack of Standing to Sue re: Design Patents
**Date:** Friday, June 19, 2026 4:32:52 PM
**Attachments:** Outlook-s5xms1xy.png
1715-5006 - 2026-06-18 - Letter to Opposing Counsel re Standing.pdf

---

Casey and Jiaxiao:

Please find attached my letter regarding the standing issues raised earlier in Defendants' pleadings.

The exhibits referenced in the letter can be downloaded from the folder at this link.

Regards,
Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

THE EMANUELSON FIRM, P.C.

17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252

EMANUELSONFIRM.COM
[214] 390-4800

June 18, 2026

Mr. Casey Kempner
Ms. Jiaxiao Zhang
P&P Imports LLC
17352 Derian Ave
Irvine, California 92614
(949) 269-1452

***VIA ELECTRONIC MAIL***
***CKempner@pandpimports.com***
***JZhang@pandpimports.com***

Re: *P&P Imports v. Vevor*
Civil Action No. 8:25-cv-02494 (C.D. Cal.)
Our Matter No. 1715-5006

Casey and Jiaxiao:

Upon a review of the official assignment records of the United States Patent and Trademark Office, it appears that, at the time of filing of the Original Complaint in this action, P&P Imports LLC lacked standing to bring an action for infringement of the following United States Design Patents:

1. United States Design Patent No. D1,051,263 entitled "Sport Training Net"
2. United States Design Patent No. D1,048,254, entitled "Sports Net"
3. United States Design Patent No. D1,012,214, entitled "Sports Pylon"
4. United States Design Patent No. D960,985, entitled "Toss Trainer"

(hereinafter, the "Unassigned Patents").

It is well-established that Article III standing is a fundamental jurisdictional requirement for a federal civil action. *See, e.g., Intellectual Tech LLC v. Zebra Technologies Corp.*, 101 F.4th 807, 813-16 (Fed. Cir. 2024). Standing must exist as of the date of filing of the plaintiff's complaint. *See, e.g., Paradise Creations, Inc. v. UV Sales, Inc.*, 315 F.3d 1304 (Fed. Cir. 2003); *see also Keene Corp. v. United States*, 508 U.S. 200 (1993).

The Original Complaint in this action was filed on November 6, 2025.[1] The Unassigned Patents were originally issued in the names of their respective inventors.[2] The Abstracts of Title for the

[1] See Dkt. #1, Verified Complaint for Design Patent Infringement; Copyright Infringement; Trade Dress Infringement; and Unfair Competiton.

[2] See Exhibits A-D, United States Design Patents D,960,985, D1,012,214, D1,048,254 and D1,051,263.

Unassigned Patents reflect that as of November 6, 2025, the exclusionary rights in the Unassigned Patents remained in the hands of their respective inventors.[3] Accordingly, P&P Imports, LLC was not the legal "patentee" for any of the Unassigned Patents as of the date of filing of the Original Complaint, and thus did not have standing to sue for infringement of the Unassigned Patents on that date.

It appears that there was an attempt to correct the standing issue after the fact by assigning the Unassigned Patents to P&P in April of 2026,[4] but this does not cure the underlying standing issue. *See, e.g., Abraxis BioScience, Inc. v. Navinta LLC*, 625 F.3d 1359 (Fed. Cir. 2010).

In light of the above, Defendants intend to move the Court under Rule 12(b)(1) to dismiss P&P's claims for infringement of United States Design Patents D,960,985, D1,012,214, D1,048,254 and D1,051,263.

Please advise as to your availability for a meet and confer on this.

Regards,

Ken Emanuelson

[3] See Exhibits E-G, Abstracts of Title for United States Design Patents D,960,985, D1,012,214, D1,048,254 and D1,051,263.

[4] See Exhibits I-L, Recorded Assignments of United States Design Patents D,960,985, D1,012,214, D1,048,254 and D1,051,263 dated April 30, 2026.

# Exhibit A

## United States Design Patent D960,985

US00D960985S

(12) **United States Design Patent** (10) **Patent No.: US D960,985 S**
**Engler et al.** (45) **Date of Patent: ** Aug. 16, 2022**

(54) **TOSS TRAINER**

(71) Applicant: **P&P IMPORTS LLC**, Irvine, CA (US)

(72) Inventors: **Peter Engler**, Newport Beaach, CA (US); **Peter Tanoury**, Newport Beach, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/752,069**

(22) Filed: **Sep. 24, 2020**

**Related U.S. Application Data**

(63) Continuation of application No. 29/667,739, filed on Oct. 24, 2018, now Pat. No. Des. 900,933.

(51) **LOC (13) Cl.** .............................................. **21-01**

(52) **U.S. Cl.**
USPC ........................................................ **D21/305**

(58) **Field of Classification Search**
USPC ....... D21/300–307, 319, 335, 342, 386, 699, D21/705, 731, 771, 780, 789, 790, 791, D21/804, 805; 473/164, 172, 197, 436
CPC ....... A63B 63/00; A63B 71/022; A63B 65/00; A63B 1/00; A63B 67/00; A63F 1/067; A47B 25/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 920,907 | A | * | 5/1909 | Bolton | A63B 71/022 473/197 |
| 3,986,719 | A | * | 10/1976 | Lee | A63B 63/00 473/197 |
| 4,068,846 | A | * | 1/1978 | Forrest | A63B 63/00 473/195 |
| 4,492,380 | A | * | 1/1985 | Saytar | A63B 63/00 273/400 |
| 4,553,751 | A | * | 11/1985 | Ketchum | A63B 69/0097 273/395 |
| 4,723,780 | A | * | 2/1988 | Vinzetta | A63B 63/00 273/407 |
| 4,883,272 | A | * | 11/1989 | Lay | A63B 63/00 473/436 |
| 4,905,996 | A | * | 3/1990 | Tallent | A63B 63/00 273/401 |
| 5,042,813 | A | * | 8/1991 | Huang | A63B 67/02 473/153 |
| 5,725,444 | A | * | 3/1998 | Heden | A63B 63/00 273/400 |
| D449,084 | S | * | 10/2001 | Walters | D21/705 |
| D649,209 | S | * | 11/2011 | Silvi | D21/705 |
| D709,970 | S | * | 7/2014 | Holland | D21/705 |
| D805,591 | S | * | 12/2017 | Miller | D21/705 |
| 10,166,453 | B1 | * | 1/2019 | Dickerson | A63B 63/004 |
| 2003/0047001 | A1 | * | 3/2003 | Liao | G01P 3/00 73/493 |

(Continued)

*Primary Examiner* — Mehri F Bajoul
(74) *Attorney, Agent, or Firm* — Casey H. Kempner; Siamak S. Hefazi

(57) **CLAIM**

The ornamental design for a toss trainer, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a toss trainer showing the claimed design;
FIG. **2** is a second perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a back elevational view thereof;
FIG. **5** is a top plan view thereof;
FIG. **6** is a bottom plan thereof;
FIG. **7** is a left-side elevational view thereof; and,
FIG. **8** is a right-side elevational view thereof.
Broken lines in the figures show portions of the toss trainer that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2004/0178585 | A1 * | 9/2004 | Cosenza ............ | A63B 69/0002 273/454 |
| 2013/0072327 | A1 * | 3/2013 | Hunt ...................... | A63B 63/00 473/434 |
| 2014/0171225 | A1 * | 6/2014 | Paulson ............... | A63B 71/022 473/421 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 8



FIG. 7

# Exhibit B

# United States Design Patent D1,012,214

US0D1012214S

(12) **United States Design Patent**
Engler et al.

(10) **Patent No.: US D1,012,214 S**
(45) **Date of Patent: ** Jan. 23, 2024**

(54) **SPORTS PYLON**

(71) Applicant: **P&P IMPORTS LLC**, Irvine, CA (US)

(72) Inventors: **Peter Engler**, Newport Beach, CA (US); **Peter Tanoury**, Newport Beach, CA (US); **Willis Santamaria**, Diamond Bar, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/783,479**

(22) Filed: **May 13, 2021**

(51) **LOC (14) Cl.** ............................................ **21-02**

(52) **U.S. Cl.**
USPC ........................................................ **D21/759**

(58) **Field of Classification Search**
USPC ...... D21/358, 708, 741, 735, 753, 759, 789, D21/790, 791, 792, 793, 794, 796, 751; D8/86, 85, 83, 84, 66, 70, 14, 47
CPC . A63B 57/0068; A63B 57/0075; A63B 55/10; A63B 57/203; A63B 57/207; A63B 2071/024; A63B 2207/02; A63B 2209/08; A47F 7/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D24,321 | S | * | 5/1895 | Broch | D15/139 |
| D341,763 | S | * | 11/1993 | Espin | D8/86 |
| D711,719 | S | * | 8/2014 | DeBaker | D8/86 |
| 10,279,228 | B2 | * | 5/2019 | Smith | A63B 53/14 |
| D927,949 | S | * | 8/2021 | Tidwell | D8/47 |
| D935,298 | S | * | 11/2021 | Liu | D8/86 |
| D942,238 | S | * | 2/2022 | Whited | D8/86 |

OTHER PUBLICATIONS

GoSports, announced 2021[online], [site visited Mar. 1, 2023]. Available on internet, URL:https://www.amazon.com/GoSports-Golf-Track-Swing-Guide/dp/B09KZ76F6M/ref (Year: 2021).*
Aexit, announced 2018 [online], [site visited Aug. 26, 2023]. Available on internet, URL:https://www.amazon.com/Aexit-Fittings-Hexagonal-Microbore-Connectors/dp/B07CWVNQW1/ref (Year: 2018).*
CTA tools, announced 2016 [online], [site visited Aug. 26, 2023]. Available on internet, URL:https://www.amazon.com/CTA-Tools-1024-Bostech-Pressure/dp/B01LEXSMIS/ref (Year: 2016).*
Eyeline Golf, Speed Trap 2.0, at least as early as May 10, 2021, https://eyelinegolf.com/collections/swing-aids/products/speed-trap.

* cited by examiner

*Primary Examiner* — Khawaja Anwar
*Assistant Examiner* — Julice Seung Eun Oum

(57) **CLAIM**

The ornamental design for a sports pylon, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a sports pylon showing the claimed design;
FIG. **2** is a left-side elevational view thereof, the right-side elevational view thereof being a mirror image of the left-side elevational view;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a back elevational view thereof;
FIG. **5** is a bottom plan view thereof; and,
FIG. **6** is a top plan view thereof.
Broken lines in the figures show portions of the sports pylon that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

# Exhibit C

## United States Design Patent D1,048,254

US0D1048254S

(12) United States Design Patent
Engler et al.

(10) Patent No.: US D1,048,254 S
(45) Date of Patent: ** Oct. 22, 2024

(54) **SPORTS NET**

(71) Applicant: **P&P IMPORTS LLC**, Irvine, CA (US)

(72) Inventors: **Peter Engler**, Newport Beach, CA (US); **Peter Tanoury**, Newport Beach, CA (US); **Sean Kyne**, Dana Point, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/781,173**

(22) Filed: **Apr. 28, 2021**

(51) **LOC (14) Cl.** ............................................ **21-02**

(52) **U.S. Cl.**
USPC ........................................................ **D21/705**

(58) **Field of Classification Search**
USPC ....... D21/699, 704–705, 301, 302, 303–305, D21/788, 698, 315, 780
CPC ..... A63B 63/00; A63B 63/008; A63B 63/004; A63B 63/003; A63B 2210/50; A63B 2063/005; A63B 2063/001; A63B 2063/002; A63B 71/022; A63B 71/02; A63B 61/006; A63B 2069/0006; A63B 69/0097; A63B 63/007; A63B 63/08; A63B 69/0002
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,126,102 | A * | 8/1938 | Fowier | A63B 63/00 473/456 |
| D224,208 | S * | 7/1972 | Kuchar | D9/418 |
| D253,872 | S * | 1/1980 | Reynolds | D9/428 |
| 4,863,166 | A * | 9/1989 | Becera | A63B 63/00 273/401 |
| 4,883,272 | A * | 11/1989 | Lay | A63B 63/00 473/436 |
| 5,533,636 | A * | 7/1996 | Reiker | E04B 9/006 248/343 |
| 6,039,563 | A * | 3/2000 | Hardy | F21V 35/00 220/4.27 |
| 7,021,630 | B1 * | 4/2006 | Cho | A63B 63/00 473/197 |
| D662,784 | S * | 7/2012 | Fleck | D7/607 |
| 8,540,593 | B1 * | 9/2013 | Marnane | A63B 69/0002 473/454 |
| D709,970 | S * | 7/2014 | Holland | D21/705 |
| D769,070 | S * | 10/2016 | Heimsoth | D7/532 |
| 9,604,112 | B2 * | 3/2017 | Gilman | A63B 69/00 |
| D825,811 | S * | 8/2018 | Clark | D26/80 |
| 10,166,453 | B1 * | 1/2019 | Dickerson | A63B 63/00 |
| D880,596 | S | 4/2020 | Engler et al. | |

(Continued)

OTHER PUBLICATIONS

GoSports Pro Golf Practice Hitting Net. Date First Available: May 18, 2021. Retrieved from internet: <https://www.amazon.com/GoSports-PRO-Golf-Practice-Hitting/dp/B0958KKRNG> [site visited Nov. 29, 2022] (Year: 2021).*

(Continued)

*Primary Examiner* — W. A. Teddy Falloway
*Assistant Examiner* — Yuan Yuan

(57) **CLAIM**

The ornamental design for a sports net as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a sports net showing the claimed design;
FIG. **2** is a front-side elevation view thereof;
FIG. **3** is a back-side elevation view thereof;
FIG. **4** is a right-side elevation view thereof, the left-side elevation view being a mirror image thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom view thereof.
Broken lines in the figures show portions of the sports net that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D885,912 | S | * | 6/2020 | Silva | D9/456 |
| D900,933 | S | | 11/2020 | Tanoury et al. | |
| D960,985 | S | * | 8/2022 | Engler | D21/305 |
| 2016/0053490 | A1 | * | 2/2016 | Bauerlein | E04B 2/12<br>52/651.01 |

OTHER PUBLICATIONS

Make a Quilt As You Go Hexagon Quilt with Jenny Doan of Missouri Star. Date Uploaded: Nov. 29, 2019. Retrieved from internet: <https://www.youtube.com/watch?v=dCWFH94kvwg&t=1s> [site visited Dec. 13, 2022] (Year: 2019).*

54 Pcs_Set Acrylic Stencil Template. Date First Available: Sep. 3, 2018. Retrieved from internet: <https://www.amazon.com/Handmade-Templates-Acrylic-Template-Quilting/dp/B07H2FJCTZ> [site visited Dec. 13, 2022] (Year: 2018).*

SKLZ Quickster Portable Football Training Net for Quarterback Passing Accuracy. Date First Available: Apr. 4, 2019. Retrieved from internet: <https://www.amazon.ca/SKLZ-Quickster-Portable-Football-Equipment/dp/B07Q48GDHD> [site visited Jan. 6, 2022] (Year: 2019).*

QuickPlay Pro Soccer Goal Target Nets with 7 Scoring Zones. Date First Available: Jun. 30, 2017. Retrieved from internet: <https://www.amazon.com/dp/B01K5UADG0/?tag=097-20&ascsubtag=default&th=1> [site visited Jan. 6, 2022] (Year: 2017).*

PowerNet Baseball Softball Practice Net. Date First Available: Sep. 17, 2014. Retrieved from internet: <https://www.amazon.com/PowerNet-Baseball-Softball-Practice-frame/dp/B00NG1ECBS/> [site visited Jun. 15, 2023] (Year: 2014).*

Bownet Big Mouth X Baseball Softball Batting Pitching Training Protection Net. Date First Available: Apr. 1, 2009. Retrieved from internet: <https://www.amazon.com/Bownet-Big-Mouth-Portable-Baseball/dp/B003NRV8V2> [site visited Jun. 15, 2023] (Year: 2009).*

Gosports-baseball-softball-pitching-kit-practice-accuracy-training-with-strike-zone-xtraman-dummy-batter, Apr. 27, 2019, https://www.playgosports.com/collections/sports-nets/products/gosports-baseball-softball-pitching-kit-practice-accuracy-training-with-strike-zone-xtraman-dummy-batter.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

# Exhibit D

# United States Design Patent D1,051,263

US0D1051263S

(12) **United States Design Patent**
**Engler et al.**

(10) **Patent No.: US D1,051,263 S**
(45) **Date of Patent: ** Nov. 12, 2024**

(54) **SPORT TRAINING NET**

(71) Applicant: **P&P Imports LLC**, Irvine, CA (US)

(72) Inventors: **Peter H. Engler**, Newport Beach, CA (US); **Peter L. Tanoury**, Newport Beach, CA (US); **Hyun Ki "Daniel" Yoon**, Anaheim, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/898,769**

(22) Filed: **Jul. 31, 2023**

(51) **LOC (14) Cl.** .............................................. **21-02**

(52) **U.S. Cl.**
USPC ........................................ **D21/705**; D21/305

(58) **Field of Classification Search**
USPC ...... D21/362, 699, 698, 302, 303, 305, 705; D11/117, 121, 131, 133, 165, 166, 172
CPC ....... A63B 63/00; A63B 63/004; A63B 67/00; A63B 67/06; A63B 2067/061; A63B 2067/063; A63F 9/02; A63F 9/0204; A63F 7/305; A63F 7/3055
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 469,554 | A * | 2/1892 | Favor | A63B 67/06 | 273/401 |
| 4,275,883 | A * | 6/1981 | Grimaldi | A63B 47/025 | 473/432 |
| 4,492,380 | A * | 1/1985 | Saytar | A63B 63/00 | 273/400 |
| D807,964 | S * | 1/2018 | Coran | D21/303 | |
| D880,596 | S * | 4/2020 | Engler | D21/305 | |
| D900,933 | S * | 11/2020 | Tanoury | D21/305 | |
| D1,003,354 | S * | 10/2023 | Xiao | D21/303 | |
| D1,003,355 | S * | 10/2023 | Engler | D21/305 | |
| D1,029,971 | S * | 6/2024 | Tsang | D21/705 | |
| D1,031,845 | S * | 6/2024 | Wang | D21/303 | |
| D1,032,758 | S * | 6/2024 | Engler | D21/705 | |
| 2010/0081513 | A1* | 4/2010 | La Pointe | A63B 69/3623 | 473/197 |
| 2015/0190696 | A1* | 7/2015 | Gilman | A63B 69/00 | 473/446 |

FOREIGN PATENT DOCUMENTS

CN 306315884 * 2/2021

OTHER PUBLICATIONS

GoSports Target Net, available on Amazon.com, date first available Oct. 17, 2022, oldest customer review with photo Dec. 21, 2022, [site visited Jul. 2, 2024], URL: https://www.amazon.com/dp/B0BJJ9KQDR/ (Year: 2022).*

(Continued)

*Primary Examiner* — Cary M Robinson
*Assistant Examiner* — Emily Anna Saunders

(57) **CLAIM**

The ornamental design for a sport training net as shown and described.

**DESCRIPTION**

FIG. **1** is a front, left-side perspective view of a sport training net showing the claimed design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a left-side elevation view thereof, wherein a right-side elevation view of the sport training net is a mirror image of the left-side elevation view;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
Broken lines in the figures illustrate portions of the sport training net that form no part of the claimed design. The dot-dash broken lines depicting the boundary of the sport training net that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

BaseGoal Baseball Net, available on Amazon.com, date first available Jun. 3, 2023, oldest customer review with photo Aug. 13, 2023, [site visited Jul. 2, 2024], URL: https://www.amazon.com/dp/B0C71B7M5W/ (Year: 2023).*

Vevor Pitching Net, available on Amazon.com, date first available Dec. 26, 2023, oldest customer review Mar. 29, 2024, [site visited Jul. 2, 2024], URL: https://www.amazon.com/VEVOR-Baseball-Softball-Training-Equipment/dp/B0CQY53QRJ/ (Year: 2023).*

9 Pocket Pitching Net, available on Amazon.com, date first available Aug. 19, 2023, oldest customer review with photo May 22, 2024, [site visited Jul. 2, 2024], URL: https://www.amazon.com/Pitching-Baseball-Softball-Training-Equipment/dp/B0CG3F9Z8G (Year: 2023).*

* cited by examiner




FIG. 1




FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

# Exhibit E

## Abstract of Title for United States Design Patent D960,985

**Scheduled Maintenance Notification:** On Saturday, June 20, 5pm to 11pm ET Assignment Center payment services will not be available due to system maintenance.

**Patent assignment search**

Advanced search

Patent #

e.g., '9999999'

Search results for **"Patent #: D960985"**

**Patent assignment abstract of title**

PUBLIC VIEW

Print

**Invention title**
TOSS TRAINER

**Inventors**
PETER TANOURY, PETER ENGLER

**Patent number**
D960985

**Issue date**
Aug 16, 2022

**Application number**
29752069

View in PPUBS

**Filing date**
Sep 24, 2020

**Publication number**
N/A

**Publication date**
N/A

**PCT number**
N/A
N/A

**International number**
N/A

Viewing 1-2 of 2 total assignments

Collapse All

### Assignment 1

**Reel/ Frame**
55811/0219

**Pages**
15

**Conveyance**
SECURITY AGREEMENT

**Documents**
View documents

**Recorded**
Apr 1, 2021

**Assignors & execution date**

P&P IMPORTS LLC
Mar 29, 2021

**Assignee**

BANK OF AMERICA, N.A.
ONE BRYANT PARK
NEW YORK
NEW YORK, UNITED STATES
10036

**Correspondent**

CT CORPORATION

4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

**Attorney docket number**
N/A

### Assignment 2

**Reel/ Frame**
74544/0389

**Pages**
4

**Conveyance**
NUNC PRO TUNC ASSIGNMENT

**Documents**
View documents

**Recorded**
May 1, 2026

**Assignors & execution date**

ENGLER, PETER H.
Apr 30, 2026

TANOURY, PETER L.
Apr 30, 2026

**Assignee**

P&P IMPORTS LLC
17352 DERIAN AVE.
LEGAL
IRVINE
CALIFORNIA, UNITED STATES
92614

**Correspondent**

Kevin White

17352 Derian Ave.
Irvine, CA 92614

**Attorney docket number**
PNPD044

**This searchable database contains all recorded Patent Assignment information open to the public from August 1980 to the present.** When the USPTO receives relevant information for its assignment database, the USPTO puts the information in the record and does not verify the validity of the information. Recordation is a ministerial function, the USPTO neither makes a determination of the legality of the transaction nor the right of the submitting party to take the action. This page contains documents that have been uploaded by the public and may not be Section 508 compliant.

Trademark export data • Patent export data

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

# Exhibit F

## Abstract of Title for United States Design Patent D1,012,214

**Scheduled Maintenance Notification:** On Saturday, June 20, 5pm to 11pm ET Assignment Center payment services will not be available due to system maintenance.

Patent assignment search

Advanced search

Patent #

e.g., '9999999'

Search results for **"Patent #: D1012214"**

## Patent assignment abstract of title

PUBLIC VIEW

Print

**Invention title**
SPORTS PYLON

**Inventors**
PETER TANOURY, PETER ENGLER, WILLIS SANTAMARIA

**Patent number**
D1012214

**Issue date**
Jan 23, 2024

**Application number**
29783479

View in PPUBS

**Filing date**
May 13, 2021

**Publication number**
N/A

**Publication date**
N/A

**PCT number**
N/A
N/A

**International number**
N/A

Viewing 1-1 of 1 total assignment

Collapse All

Assignment 1

**Reel/ Frame**

74546/0547

**Pages**

6

**Conveyance**

NUNC PRO TUNC ASSIGNMENT

**Documents**

View documents

**Recorded**

May 2, 2026

**Assignors & execution date**

ENGLER, PETER H.

Apr 30, 2026

TANOURY, PETER L.

Apr 30, 2026

SANTAMARIA, WILLIS S.

Apr 30, 2026

**Assignee**

P&P IMPORTS LLC
17352 DERIAN AVE.
IRVINE
CALIFORNIA, UNITED STATES
92614

**Correspondent**

Jiaxiao Zhang

17352 Derian Ave
Irvine, CA 92614

**Attorney docket number**

PNDP101

**This searchable database contains all recorded Patent Assignment information open to the public from August 1980 to the present.** When the USPTO receives relevant information for its assignment database, the USPTO puts the information in the record and does not verify the validity of the information. Recordation is a ministerial function, the USPTO neither makes a determination of the legality of the transaction nor the right of the submitting party to take the action. This page contains documents that have been uploaded by the public and may not be Section 508 compliant.

Trademark export data • Patent export data

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

# Exhibit G

## Abstract of Title for United States Design Patent D1,048,254

**Scheduled Maintenance Notification:** On Saturday, June 20, 5pm to 11pm ET Assignment Center payment services will not be available due to system maintenance.

Patent assignment search

Advanced search

Patent #

e.g., '9999999'

Search results for **"Patent #: D1048254"**

## Patent assignment abstract of title

PUBLIC VIEW

Print

**Invention title**

SPORTS NET

**Inventors**

PETER ENGLER, PETER TANOURY, SEAN KYNE

**Patent number**

D1048254

**Issue date**

Oct 22, 2024

**Application number**

29781173

View in PPUBS

**Filing date**

Apr 28, 2021

**Publication number**

N/A

**Publication date**

N/A

**PCT number**

N/A

N/A

**International number**

N/A

Viewing 1-1 of 1 total assignment

Collapse All

**Assignment 1**

**Reel/ Frame**
74547/0280

**Pages**
5

**Conveyance**
NUNC PRO TUNC ASSIGNMENT

**Documents**
View documents

**Recorded**
May 3, 2026

**Assignors & execution date**

ENGLER, PETER H.
Apr 30, 2026

TANOURY, PETER L.
Apr 30, 2026

KYNE, SEAN P.
Apr 30, 2026

**Assignee**

P&P IMPORTS LLC
17352 DERIAN AVE.
IRVINE
CALIFORNIA, UNITED STATES
92614

**Correspondent**

Jiaxiao Zhang

17352 Derian Ave
Irvine, CA 92614

**Attorney docket number**
PNPD099

**This searchable database contains all recorded Patent Assignment information open to the public from August 1980 to the present.** When the USPTO receives relevant information for its assignment database, the USPTO puts the information in the record and does not verify the validity of the information. Recordation is a ministerial function, the USPTO neither makes a determination of the legality of the transaction nor the right of the submitting party to take the action. This page contains documents that have been uploaded by the public and may not be Section 508 compliant.

Trademark export data • Patent export data

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

# Exhibit H

## Abstract of Title for United States Design Patent D1,051,263

**Scheduled Maintenance Notification:** On Saturday, June 20, 5pm to 11pm ET Assignment Center payment services will not be available due to system maintenance.

## Patent assignment search

Advanced search

Patent #

e.g., '9999999'

Search results for **"Patent #: D1051263"**

## Patent assignment abstract of title

PUBLIC VIEW

Print

**Invention title**
SPORT TRAINING NET

**Inventors**
PETER H. ENGLER, PETER L. TANOURY, HYUN KI "DANIEL" YOON

**Patent number**
D1051263

**Issue date**
Nov 12, 2024

**Application number**
29898769

View in PPUBS

**Filing date**
Jul 31, 2023

**Publication number**
N/A

**Publication date**
N/A

**PCT number**
N/A
N/A

**International number**
N/A

Viewing 1-1 of 1 total assignment

Collapse All

Assignment 1

**Reel/ Frame**
74545/0734

**Pages**
5

**Conveyance**
NUNC PRO TUNC ASSIGNMENT

**Documents**
View documents

**Recorded**
May 1, 2026

**Assignors & execution date**

ENGLER, PETER H.
Apr 30, 2026

TANOURY, PETER L.
Apr 30, 2026

YOON, HYUN KI “DANIEL”
Apr 30, 2026

**Assignee**

P&P IMPORTS LLC
17352 DERIAN AVE.
LEGAL
IRVINE
CALIFORNIA, UNITED STATES
92614

**Correspondent**

Kevin White

17352 Derian Ave.
Irvine, CA 92614

**Attorney docket number**
PNPD044

**This searchable database contains all recorded Patent Assignment information open to the public from August 1980 to the present.** When the USPTO receives relevant information for its assignment database, the USPTO puts the information in the record and does not verify the validity of the information. Recordation is a ministerial function, the USPTO neither makes a determination of the legality of the transaction nor the right of the submitting party to take the action. This page contains documents that have been uploaded by the public and may not be Section 508 compliant.

Trademark export data • Patent export data

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

# Exhibit I

## Assignment of United States Design Patent D960,985 dated April 30, 2026

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: PATI1778117

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | NUNC PRO TUNC ASSIGNMENT |
| **EFFECTIVE DATE:** | 09/24/2020 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Peter H. Engler | 04/30/2026 |
| Peter L. Tanoury | 04/30/2026 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Company Name:** | P&P Imports LLC |
| **Street Address:** | 17352 Derian Ave. |
| **Internal Address:** | LEGAL |
| **City:** | Irvine |
| **State/Country:** | CALIFORNIA |
| **Postal Code:** | 92614 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| **Application Number:** | 29752069 |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 949-630-0447
**Email:** kwhite@pandpimports.com
**Correspondent Name:** Kevin White
**Address Line 1:** 17352 Derian Ave.
**Address Line 4:** Irvine, CALIFORNIA 92614

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | PNPD044 |
| **NAME OF SUBMITTER:** | Mr. Kevin White |
| **SIGNATURE:** | /Mr. Kevin White/ |
| **DATE SIGNED:** | 05/01/2026 |

**Total Attachments: 3**
source=ASSIGNMENT_nunc_PEPT-signed#page1.tiff
source=ASSIGNMENT_nunc_PEPT-signed#page2.tiff
source=ASSIGNMENT_nunc_PEPT-signed#page3.tiff

# PATENT ASSIGNMENT

WHEREAS, I **Peter H. Engler** ("Assignor 1") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC;

WHEREAS, I **Peter L. Tanoury** ("Assignor 2") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC; and

WHEREAS, Assignor 1 Peter H. Engler and Assignor 2 Peter L. Tanoury are collectively referred to as "ASSIGNORS."

WHEREAS, P&P Imports LLC ("Assignee") desires to acquire all rights in and to the Patent Applications and any patents (including any reissues and extensions) that may be granted therefrom.

NOW, THEREFORE, for valuable consideration including employment by Assignee, the receipt of which is acknowledged, ASSIGNORS hereby assign to Assignee 100% of their right, title, and interest in the inventions and Patent Applications (as well as such rights in any divisions, continuations in whole or part, or substitute applications), *nunc pro tunc*, effective at least as early as the filing date for each one of the Patent Applications identified in Appendix A, and consistent with employment and other agreements and company policies entered into by ASSIGNORS and inuring to the benefit of Assignee prior to the filing date for each one of the Patent Applications identified in Appendix A, to Assignee for the entire term of any issued Patent and any reissues or extensions that may be granted and for the entire terms of any and all foreign patents that may issue from foreign applications (as well as divisions, continuations in whole or part, or substitute applications) filed claiming the benefit of the Patent Applications;

ASSIGNORS HEREBY authorize the United States Patent and Trademark Office to issue any Patents resulting from the Patent Applications to Assignee in full. The right, title, and interest is to be held and enjoyed by Assignee and Assignee's successors and assigns as fully and exclusively as it would have been held and enjoyed by ASSIGNORS had any assignments not been made; and

ASSIGNORS HEREBY further agree to: (a) cooperate with Assignee in the prosecution of the Patent Application and any foreign counterparts; (b) execute, verify, acknowledge, and deliver all such further papers, including patent applications and instruments of transfer; and (c) perform such other acts as Assignee lawfully may request to obtain or maintain patents for the inventions in any and all countries.

Execution Date: 4/30/26 Assignor 1: [signature]
**Peter H. Engler**

First Witness: [signature] Second Witness: [signature]
Print Name: Aken Lilw Print Name: Casey Wenpre

Execution Date: 4/30/26 Assignor 2: [signature]
**Peter L. Tanoury**

First Witness: [signature] Second Witness: [signature]
Print Name: Aken Lilut Print Name: Casey Wenpne

APPENDIX A (PEPT)

| No. | Title | App. # | Filing Date |
|---|---|---|---|
| 1 | Shuffleboard Disc | 29/716116 | 2019-12-06 |
| 2 | Drink Accessory | 29/726985 | 2020-03-06 |
| 3 | Ball Game | 29/727386 | 2020-03-10 |
| 4 | Cornhole Leg | 29/748001 | 2020-08-26 |
| 5 | Curved Cornhole Crossbar | 29/750750 | 2020-09-16 |
| 6 | Game Bag | 29/750943 | 2020-09-17 |
| 7 | Toss Trainer | 29/752069 | 2020-09-24 |
| 8 | Football Net | 29/746073 | 2020-08-11 |
| 9 | Toss Game Target | 29/746928 | 2020-08-18 |
| 10 | PUTTING MAT | 29/747734 | 2020-08-25 |
| 11 | PUTTING MAT | 29/747739 | 2020-08-25 |
| 12 | Four-Way Net | 29/756089 | 2020-10-26 |
| 13 | Component of a Block Game | 29/823421 | 2022-01-17 |
| 14 | Tubing Component | 29/833720 | 2022-04-06 |
| 15 | Ball game component | 29/833717 | 2022-04-06 |
| 16 | Tubing Component | 29/836740 | 2022-04-28 |
| 17 | Golf Chipping Game | 29/840599 | 2022-05-31 |
| 18 | Drink Accessory | 29/844692 | 2022-06-30 |
| 19 | Football Toss Trainer | 29/845833 | 2022-07-11 |
| 20 | Clay Target Hanger | 29/846229 | 2022-07-14 |
| 21 | Tubing Component | 29/846287 | 2022-07-14 |
| 22 | Tubing component for a game | 29/846289 | 2022-07-14 |
| 23 | Tubing Component | 29/846290 | 2022-07-14 |

APPENDIX A (PEPT)

| | | | |
|---|---|---|---|
| 24 | Component of a Block Game | 29/856274 | 2022-10-12 |
| 25 | Sports Training Device | 16/225099 | 2018-12-19 |
| 26 | Sports Game with Slot Clip System | 16/388553 | 2019-04-18 |
| 27 | Training Glove | 16/452371 | 2019-06-25 |

# Exhibit J

## Assignment of United States Design Patent D1,012,214 dated April 30, 2026

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: PATI1778543

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | NUNC PRO TUNC ASSIGNMENT |
| **EFFECTIVE DATE:** | 05/13/2021 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Peter H. Engler | 04/30/2026 |
| Peter L. Tanoury | 04/30/2026 |
| Willis S. Santamaria | 04/30/2026 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Company Name:** | P&P Imports LLC |
| **Street Address:** | 17352 Derian Ave. |
| **City:** | Irvine |
| **State/Country:** | CALIFORNIA |
| **Postal Code:** | 92614 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| **Application Number:** | 29783479 |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 9496300447
**Email:** jzhang@pandpimports.com
**Correspondent Name:** Jiaxiao Zhang
**Address Line 1:** 17352 Derian Ave
**Address Line 4:** Irvine, CALIFORNIA 92614

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | PNDP101 |
| **NAME OF SUBMITTER:** | JIAXIAO ZHANG |
| **SIGNATURE:** | /JIAXIAO ZHANG/ |
| **DATE SIGNED:** | 05/02/2026 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 4**
source=ASSIGNMENT_nunc_PEPTWS-signed#page1.tiff

source=ASSIGNMENT_nunc_PEPTWS-signed#page2.tiff
source=ASSIGNMENT_nunc_PEPTWS-signed#page3.tiff
source=ASSIGNMENT_nunc_PEPTWS-signed#page4.tiff

# PATENT ASSIGNMENT

WHEREAS, I **Peter H. Engler** ("Assignor 1") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC;

WHEREAS, I **Peter L. Tanoury** ("Assignor 2") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC; and

WHEREAS, I **Willis S. Santamaria** ("Assignor 3") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC; and

WHEREAS, Assignor 1 Peter H. Engler, Assignor 2 Peter L. Tanoury, and Assignor 3 Willis S. Santamaria are collectively referred to as "ASSIGNORS."

WHEREAS, P&P Imports LLC ("Assignee") desires to acquire all rights in and to the Patent Applications and any patents (including any reissues and extensions) that may be granted therefrom.

NOW, THEREFORE, for valuable consideration including employment by Assignee, the receipt of which is acknowledged, ASSIGNORS hereby assign to Assignee 100% of their right, title, and interest in the inventions and Patent Applications (as well as such rights in any divisions, continuations in whole or part, or substitute applications), *nunc pro tunc*, effective at least as early as the filing date for each one of the Patent Applications identified in Appendix A, and consistent with employment and other agreements and company policies entered into by ASSIGNORS and inuring to the benefit of Assignee prior to the filing date for each one of the Patent Applications identified in Appendix A, to Assignee for the entire term of any issued Patent and any reissues or extensions that may be granted and for the entire terms of any and all foreign patents that may issue from foreign applications (as well as divisions, continuations in whole or part, or substitute applications) filed claiming the benefit of the Patent Applications;

ASSIGNORS HEREBY authorize the United States Patent and Trademark Office to issue any Patents resulting from the Patent Applications to Assignee in full. The right, title, and interest is to be held and enjoyed by Assignee and Assignee's successors and assigns as fully and exclusively as it would have been held and enjoyed by ASSIGNORS had any assignments not been made; and

ASSIGNORS HEREBY further agree to: (a) cooperate with Assignee in the prosecution of the Patent Application and any foreign counterparts; (b) execute, verify, acknowledge, and deliver all such further papers, including patent applications and instruments of transfer; and (c) perform such other acts as Assignee lawfully may request to obtain or maintain patents for the inventions in any and all countries.

Execution Date: 4/30/26 | Assignor 1: [signature]
**Peter H. Engler**

First Witness: [signature] | Second Witness: [signature]
Print Name: Kevin White | Print Name: Casey Kepner

Execution Date: 4/30/26 | Assignor 2: [signature]
**Peter L. Tanoury**

First Witness: [signature] | Second Witness: [signature]
Print Name: Kevin White | Print Name: Casey Kepner

**PATENT ASSIGNMENT**

Execution Date: 4/30/26

Assignor 3: [signature]
**Willis S. Santamaria**

First Witness: [signature]
Print Name: Ken Whe

Second Witness: [signature]
Print Name: Casey Kempner

APPENDIX A (PEPTWS)

| No. | Title | App. # | Filing Date |
|---|---|---|---|
| 1 | HANDLE | 29/756434 | 2020-10-28 |
| 2 | Game Base | 29/842574 | 2022-06-14 |
| 3 | Sign | 29/797435 | 2021-06-30 |
| 4 | Rope Tensioner | 29/797611 | 2021-07-01 |
| 5 | Golf Hole Illumination Device | 29/782085 | 2021-05-04 |
| 6 | Sports Pylon | 29/783479 | 2021-05-13 |
| 7 | Snow Sled | 29/806885 | 2021-09-07 |
| 8 | Clay Target Stand | 29/805027 | 2021-08-24 |
| 9 | Container Hanger | 29/829485 | 2022-03-04 |
| 10 | Pole Anchor | 29/829864 | 2022-03-08 |
| 11 | Baseball Tee | 29/799439 | 2021-07-14 |
| 12 | Baseball Tee Base | 29/798680 | 2021-07-09 |
| 13 | Swing | 29/834251 | 2022-04-11 |
| 14 | Disc Sled | 29/833897 | 2022-04-07 |
| 15 | Golf Ramp Accessory | 29/798118 | 2021-07-06 |
| 16 | Exercise Ball Platform | 29/797686 | 2021-07-01 |
| 17 | Golf Swing Trainer | 29/804782 | 2021-08-23 |
| 18 | Sports Handle | 29/802145 | 2021-08-03 |
| 19 | A-Frame Connector | 29/800031 | 2021-07-19 |
| 20 | Hook Attachment | 29/805034 | 2021-08-24 |
| 21 | Basketball Goal Assembly | 29/797585 | 2021-07-01 |
| 22 | Fitness equipment | 29/802369 | 2021-08-04 |
| 23 | Tube Cap | 29/799415 | 2021-07-14 |

APPENDIX A (PEPTWS)

| | | | |
|---|---|---|---|
| 24 | Snow Sled | 29/847735 | 2022-07-27 |
| 25 | Swim Kickboard | 29/855462 | 2022-10-03 |
| 26 | Ball Tray | 29/846224 | 2022-07-14 |
| 27 | Tire Deflator | 29/842382 | 2022-06-13 |
| 28 | Shelf | 29/859052 | 2022-11-07 |
| 29 | Wall Hanger | 29/858922 | 2022-11-04 |
| 30 | Sign | 29/860162 | 2022-11-16 |
| 31 | SPORT ASSEMBLY | 29/936140 | 2024-04-05 |
| 32 | BASKETBALL HOOP SUPPORT | 29/895787 | 2023-06-26 |
| 33 | Illuminated object systems and methods | 18/226769 | 2023-07-26 |

# Exhibit K

## Assignment of United States Design Patent D1,048,254 dated April 30, 2026

509806161 05/03/2026

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: PATI1778810

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | NUNC PRO TUNC ASSIGNMENT |
| **EFFECTIVE DATE:** | 04/28/2021 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Peter H. Engler | 04/30/2026 |
| Peter L. Tanoury | 04/30/2026 |
| Sean P. Kyne | 04/30/2026 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Company Name:** | P&P Imports LLC |
| **Street Address:** | 17352 Derian Ave. |
| **City:** | Irvine |
| **State/Country:** | CALIFORNIA |
| **Postal Code:** | 92614 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| **Application Number:** | 29781173 |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 9496300447
**Email:** jzhang@pandpimports.com
**Correspondent Name:** Jiaxiao Zhang
**Address Line 1:** 17352 Derian Ave
**Address Line 4:** Irvine, CALIFORNIA 92614

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | PNPD099 |
| **NAME OF SUBMITTER:** | JIAXIAO ZHANG |
| **SIGNATURE:** | /JIAXIAO ZHANG/ |
| **DATE SIGNED:** | 05/03/2026 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 3**
source=ASSIGNMENT_nunc_PEPTSK-signed#page1.tiff

source=ASSIGNMENT_nunc_PEPTSK-signed#page2.tiff
source=ASSIGNMENT_nunc_PEPTSK-signed#page3.tiff

# PATENT ASSIGNMENT

WHEREAS, I **Peter H. Engler** ("Assignor 1") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC;

WHEREAS, I **Peter L. Tanoury** ("Assignor 2") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC; and

WHEREAS, I **Sean P. Kyne** ("Assignor 3") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC; and

WHEREAS, Assignor 1 Peter H. Engler, Assignor 2 Peter L. Tanoury, and Assignor 3 Sean P. Kyne are collectively referred to as "ASSIGNORS."

WHEREAS, P&P Imports LLC ("Assignee") desires to acquire all rights in and to the Patent Applications and any patents (including any reissues and extensions) that may be granted therefrom.

NOW, THEREFORE, for valuable consideration including employment by Assignee, the receipt of which is acknowledged, ASSIGNORS hereby assign to Assignee 100% of their right, title, and interest in the inventions and Patent Applications (as well as such rights in any divisions, continuations in whole or part, or substitute applications), *nunc pro tunc*, effective at least as early as the filing date for each one of the Patent Applications identified in Appendix A, and consistent with employment and other agreements and company policies entered into by ASSIGNORS and inuring to the benefit of Assignee prior to the filing date for each one of the Patent Applications identified in Appendix A, to Assignee for the entire term of any issued Patent and any reissues or extensions that may be granted and for the entire terms of any and all foreign patents that may issue from foreign applications (as well as divisions, continuations in whole or part, or substitute applications) filed claiming the benefit of the Patent Applications;

ASSIGNORS HEREBY authorize the United States Patent and Trademark Office to issue any Patents resulting from the Patent Applications to Assignee in full. The right, title, and interest is to be held and enjoyed by Assignee and Assignee's successors and assigns as fully and exclusively as it would have been held and enjoyed by ASSIGNORS had any assignments not been made; and

ASSIGNORS HEREBY further agree to: (a) cooperate with Assignee in the prosecution of the Patent Application and any foreign counterparts; (b) execute, verify, acknowledge, and deliver all such further papers, including patent applications and instruments of transfer; and (c) perform such other acts as Assignee lawfully may request to obtain or maintain patents for the inventions in any and all countries.

Execution Date: 4/30/26 Assignor 1: [signature]
Peter H. Engler

First Witness: [signature] Second Witness: [signature]
Print Name: [signature] Print Name: Casey [signature]

Execution Date: 4/30/26 Assignor 2: [signature]
Peter L. Tanoury

First Witness: [signature] Second Witness: [signature]
Print Name: [signature] Print Name: Casey [signature]

**PATENT ASSIGNMENT**

Execution Date: 4/20/26

Assignor 3: ______________
**Sean P. Kyne**

First Witness: ______________
Print Name: Ken Lutz

Second Witness: ______________
Print Name: Casey Kesson

APPENDIX A (PEPTSK)

| No. | Title | App. # | Filing Date |
|---|---|---|---|
| 1 | Pool Float | 29/579845 | 2016-10-04 |
| 2 | Inflatable Sports Training Aid | 29/719931 | 2020-01-08 |
| 3 | Inflatable Float | 29/726837 | 2020-03-05 |
| 4 | Inflatable Sprinkler | 29/727396 | 2020-03-10 |
| 5 | Inflatable Sprinkler | 29/727399 | 2020-03-10 |
| 6 | Inflatable Sprinkler | 29/727400 | 2020-03-10 |
| 7 | CATCH TRAY | 29/748005 | 2020-08-26 |
| 8 | Target Game | 29/752980 | 2020-09-29 |
| 9 | Target Game | 29/752983 | 2020-09-29 |
| 10 | Target Game | 29/745497 | 2020-08-06 |
| 11 | Triangular Leg | 29/750148 | 2020-09-11 |
| 12 | Sports net | 29/781173 | 2021-04-28 |
| 13 | Toss Game | 29/804969 | 2021-08-24 |
| 14 | GOLF MAT | 29/817309 | 2021-11-30 |
| 15 | Game Piece | 29/842210 | 2022-06-10 |
| 16 | Game Piece | 29/842217 | 2022-06-10 |
| 17 | Dice Game | 29/842025 | 2022-06-09 |

# Exhibit L

## Assignment of United States Design Patent D1,051,263 dated April 30, 2026

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: PATI1778357

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | NUNC PRO TUNC ASSIGNMENT |
| **EFFECTIVE DATE:** | 07/31/2023 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Peter H. Engler | 04/30/2026 |
| Peter L. Tanoury | 04/30/2026 |
| Hyun Ki "Daniel" Yoon | 04/30/2026 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Company Name:** | P&P Imports LLC |
| **Street Address:** | 17352 Derian Ave. |
| **Internal Address:** | LEGAL |
| **City:** | Irvine |
| **State/Country:** | CALIFORNIA |
| **Postal Code:** | 92614 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| **Application Number:** | 29898769 |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

| | |
|---|---|
| **Phone:** | 949-630-0447 |
| **Email:** | kwhite@pandpimports.com |
| **Correspondent Name:** | Kevin White |
| **Address Line 1:** | 17352 Derian Ave. |
| **Address Line 4:** | Irvine, CALIFORNIA 92614 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | PNPD044 |
| **NAME OF SUBMITTER:** | Mr. Kevin White |
| **SIGNATURE:** | /Mr. Kevin White/ |
| **DATE SIGNED:** | 05/01/2026 |

**Total Attachments: 3**
source=ASSIGNMENT_nunc_PEPTHY-signed#page1.tiff

source=ASSIGNMENT_nunc_PEPTHY-signed#page2.tiff
source=ASSIGNMENT_nunc_PEPTHY-signed#page3.tiff

# PATENT ASSIGNMENT

WHEREAS, I **Peter H. Engler** ("Assignor 1") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC;

WHEREAS, I **Peter L. Tanoury** ("Assignor 2") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC; and

WHEREAS, I **Hyun Ki "Daniel" Yoon** ("Assignor 3") am an inventor of the inventions identified in the attached Appendix A, each invention identified by title, U.S. Patent Application Number, and filing date, and each invention as described in its respective U.S. Patent Application filed in the U.S. Patent and Trademark Office (the "Patent Applications"), which were invented within the course and scope of my employment at P&P Imports LLC; and

WHEREAS, Assignor 1 Peter H. Engler, Assignor 2 Peter L. Tanoury, and Assignor 3 Hyun Ki "Daniel" Yoon are collectively referred to as "ASSIGNORS."

WHEREAS, P&P Imports LLC ("Assignee") desires to acquire all rights in and to the Patent Applications and any patents (including any reissues and extensions) that may be granted therefrom.

NOW, THEREFORE, for valuable consideration including employment by Assignee, the receipt of which is acknowledged, ASSIGNORS hereby assign to Assignee 100% of their right, title, and interest in the inventions and Patent Applications (as well as such rights in any divisions, continuations in whole or part, or substitute applications), *nunc pro tunc*, effective at least as early as the filing date for each one of the Patent Applications identified in Appendix A, and consistent with employment and other agreements and company policies entered into by ASSIGNORS and inuring to the benefit of Assignee prior to the filing date for each one of the Patent Applications identified in Appendix A, to Assignee for the entire term of any issued Patent and any reissues or extensions that may be granted and for the entire terms of any and all foreign patents that may issue from foreign applications (as well as divisions, continuations in whole or part, or substitute applications) filed claiming the benefit of the Patent Applications;

ASSIGNORS HEREBY authorize the United States Patent and Trademark Office to issue any Patents resulting from the Patent Applications to Assignee in full. The right, title, and interest is to be held and enjoyed by Assignee and Assignee's successors and assigns as fully and exclusively as it would have been held and enjoyed by ASSIGNORS had any assignments not been made; and

ASSIGNORS HEREBY further agree to: (a) cooperate with Assignee in the prosecution of the Patent Application and any foreign counterparts; (b) execute, verify, acknowledge, and deliver all such further papers, including patent applications and instruments of transfer; and (c) perform such other acts as Assignee lawfully may request to obtain or maintain patents for the inventions in any and all countries.

Execution Date: 4/30/26

Assignor 1: ____________________
**Peter H. Engler**

First Witness: ____________________
Print Name: Ken White

Second Witness: ____________________
Print Name: Carey Kuypers

Execution Date: 4/30/26

Assignor 2: ____________________
**Peter L. Tanoury**

First Witness: ____________________
Print Name: Ken White

Second Witness: ____________________
Print Name: Carey Kuypers

**PATENT ASSIGNMENT**

Execution Date: 4/30/26

Assignor 3: [signature]
**Hyun Ki "Daniel" Yoon**

First Witness: [signature]
Print Name: Kevin Wint

Second Witness: [signature]
Print Name: Cary Kuyper

APPENDIX A (PEPTHY)

| No. | Title | App. # | Filing Date |
|---|---|---|---|
| 1 | Inflatable Hoop | 29/762125 | 2020-12-15 |
| 2 | Sports Net Frame | 29/851956 | 2022-09-01 |
| 3 | SPORTS TARGET | 29/935846 | 2024-04-03 |
| 4 | SPORT TRAINING NET | 29/898769 | 2023-07-31 |
| 5 | SPORTS TARGET | 29/937953 | 2024-04-17 |
| 6 | RECREATIONAL PIT | 29/899639 | 2023-08-10 |
| 7 | Sports Net | 29/906903 | 2023-11-13 |
| 8 | RECREATIONAL PIT | 29/929067 | 2024-02-19 |