Exhibit B

**From:** Bruno Tarabichi
**To:** Casey Kempner
**Cc:** Ken Emanuelson; Jiaxiao Zhang; Marc E. Hankin; David Owens
**Subject:** Re: 1715-5006: Letter re: P&P"s Lack of Standing to Sue re: Design Patents
**Date:** Thursday, August 13, 2026 12:25:42 PM
**Attachments:** image002.png
image003.png

---

Casey,

The tone in the litigation has been set by you and your colleagues. I suggest you address that if you want things to progress in a more civil and cordial manner.

Notably, you have not stated why your colleagues cannot handle the meet and confer and why you cannot find time before Monday. I will let Ken and David respond regarding their availability on Monday.

It would be helpful if you could provide P&P's position on the standing issue in advance of the meet and confer, as the law appears clear on the issue.

photo

**Bruno Tarabichi**
TMW Law
Phone: 408-634-0324| Fax: 408-715-6707 | Email: bruno@tmwlawfirm.com
www.tmwlawfirm.com
Address: 4750 Almaden Expy 124-359, San Jose, CA 95118 | bruno.tarabichi

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

On Thu, Aug 13, 2026 at 12:16 PM Casey Kempner <ckempner@pandpimports.com> wrote:

> Good day to you Bruno,
>
> Prior to your recent appearance in this matter (PACER has you appearing as of last week), this alleged issue was raised by your co-counsel. We provided a time to meet and confer back in June—no counsel for Defendants attended, nor even responded. While we made ourselves available then, we did not receive so much as a courtesy email until Ken's recent query Friday afternoon (August 7).
>
> It is hard to see how a short two business-day shuffle results in any credible prejudice to you or your clients' interests, particularly when your team failed to follow-up for nearly seven weeks.

There is no need for me to share the specific details of the conflict. This is not a tactic, but a byproduct of being in-house counsel for an operating company. I notified you as soon as the conflict arose and provided prompt and reasonable alternative times to meet. Please let me know if either of those time slots work for you.

As an aside, your tone in each of your (four) emails to us to-date is less than cordial. Let's not continue that theme.

Best,

Casey

-----------------------

**Casey H. Kempner**

Chief Legal Officer

P&P Imports LLC

17352 Derian Ave.

Irvine, CA 92614

949.734.6892| www.pandpimports.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose, or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

**From:** Bruno Tarabichi <bruno@tmwlawfirm.com>
**Sent:** Thursday, August 13, 2026 10:02 AM
**To:** Casey Kempner <ckempner@pandpimports.com>
**Cc:** Ken Emanuelson <ken@emanuelson.us>; Jiaxiao Zhang <jzhang@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>; David Owens <dowens@dowenslaw.com>
**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Casey,

This is disappointing.

We had a scheduled meet and confer. It is unclear what your conflict is and why it was prioritized over our meet and confer. Can you please share the details of this conflict so we can assess whether this is simply a delay tactic?

We note that there are two other attorneys. Is there a reason one or both of them cannot handle the meet and confer on P&P's behalf?

As you know, we are required to wait a week after meeting and conferring to file a motion. So delaying the meet and confer is very prejudicial. We are available to meet and confer at other times today and tomorrow. We trust you can find 15 minutes today or tomorrow to do the meet and confer if you don't think your co-counsel can handle it without you. Please advise asap.

photo

**Bruno Tarabichi**
TMW Law

Phone: 408-634-0324 | Fax: 408-715-6707 | Email: bruno@tmwlawfirm.com
www.tmwlawfirm.com
Address: 4750 Almaden Expy 124-359, San Jose, CA 95118 | bruno.tarabichi

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

On Thu, Aug 13, 2026 at 8:47 AM Casey Kempner <ckempner@pandpimports.com> wrote:

Hi Ken,

I had a conflict come up this morning and need to reschedule.

Does (2pm Monday 8/17 or 11am Wednesday 8/19 ) for you?

Thanks,

Casey

-----------------------

**Casey H. Kempner**

Chief Legal Officer

P&P Imports LLC

17352 Derian Ave.

Irvine, CA 92614

949.734.6892| www.pandpimports.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose, or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** Ken Emanuelson <ken@emanuelson.us>
**Sent:** Tuesday, August 11, 2026 4:03 PM
**To:** Jiaxiao Zhang <jzhang@pandpimports.com>; Casey Kempner <ckempner@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>
**Cc:** Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>
**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Thank you, Jiaxiao.

We look forward to conferring at that time.

Best regards,

Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

**From:** Jiaxiao Zhang <jzhang@pandpimports.com>
**Sent:** Tuesday, August 11, 2026 2:07 PM
**To:** Ken Emanuelson <ken@emanuelson.us>; Casey Kempner <ckempner@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>
**Cc:** Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>
**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Hi Ken,

We are available this Thursday, August 13 at 1pm PT.

Regards,

Jiaxiao

**Jiaxiao Zhang**

Senior Corporate Counsel

P&P Imports LLC

JZhang@pandpimports.com

17352 Derian Ave

Irvine, CA 92614

(949) 269-1452

http://pandpimports.com

*This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you*

*have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.*

---

**From:** Ken Emanuelson <ken@emanuelson.us>
**Sent:** Tuesday, August 11, 2026 11:52:31 AM
**To:** Casey Kempner <ckempner@pandpimports.com>; Jiaxiao Zhang <jzhang@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>
**Cc:** Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>
**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Casey, Jiaxiao and Marc -

I write to follow up again on this request from Friday, following up on my prior request for a meet and confer on this issue.

Please advise today as to a when Plaintiff's counsel can be available.

Regards,

Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

**From:** Ken Emanuelson <ken@emanuelson.us>
**Sent:** Friday, August 7, 2026 12:56 PM
**To:** Casey Kempner <ckempner@pandpimports.com>

**Cc:** Jiaxiao Zhang <jzhang@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>; Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>
**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Casey -

I write to follow up on this.

Thank you for your prior response proposing a June 29th date for a meet and confer on the standing issue.

Please advise as to an alternate date and time that Plaintiff's counsel can be available for a meet and confer on this issue.

Best regards,

Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

**From:** Casey Kempner <ckempner@pandpimports.com>
**Sent:** Monday, June 22, 2026 7:37 PM
**To:** Ken Emanuelson <ken@emanuelson.us>; Jiaxiao Zhang <jzhang@pandpimports.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>; Francis Wong <wong@trojanlawoffices.com>; Marc E. Hankin <marc@hpl.law>
**Subject:** RE: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Ken,

We received your letter. We disagree that there are standing issues, and are available to meet and confer next week Monday 6/29 after 10am PT.

Regards,

-----------------------

**Casey H. Kempner**

Chief Legal Officer

P&P Imports LLC

17352 Derian Ave.

Irvine, CA 92614

949.734.6892| www.pandpimports.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose, or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** Ken Emanuelson <ken@emanuelson.us>

**Sent:** Friday, June 19, 2026 4:33 PM
**To:** Casey Kempner <ckempner@pandpimports.com>; Jiaxiao Zhang <jzhang@pandpimports.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>; Francis Wong <wong@trojanlawoffices.com>
**Subject:** 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Casey and Jiaxiao:

Please find attached my letter regarding the standing issues raised earlier in Defendants' pleadings.

The exhibits referenced in the letter can be downloaded from the folder at this link.

Regards,

Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.