Exhibit C

**From:** Ken Emanuelson
**To:** Casey Kempner; Jiaxiao Zhang; Marc E. Hankin
**Cc:** Bruno Tarabichi; David Owens
**Subject:** Re: 1715-5006: Letter re: P&P"s Lack of Standing to Sue re: Design Patents
**Date:** Friday, August 14, 2026 11:23:55 AM
**Attachments:** image002.png
image003.png
image.png

---

Casey -

I write to confirm the Meet and Confer at 2:00 pm PT on Monday, 8/17/2026.

Regards,
Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

**From:** Casey Kempner <ckempner@pandpimports.com>
**Sent:** Thursday, August 13, 2026 10:47 AM
**To:** Ken Emanuelson <ken@emanuelson.us>; Jiaxiao Zhang <jzhang@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>
**Cc:** Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>
**Subject:** RE: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Hi Ken,

I had a conflict come up this morning and need to reschedule.
Does (2pm Monday 8/17 or 11am Wednesday 8/19 ) for you?

Thanks,
Casey

-----------------------

**Casey H. Kempner**
Chief Legal Officer
P&P Imports LLC
17352 Derian Ave.

Irvine, CA 92614
949.734.6892| www.pandpimports.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose, or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** Ken Emanuelson <ken@emanuelson.us>
**Sent:** Tuesday, August 11, 2026 4:03 PM
**To:** Jiaxiao Zhang <jzhang@pandpimports.com>; Casey Kempner <ckempner@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>
**Cc:** Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>
**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Thank you, Jiaxiao.

We look forward to conferring at that time.

Best regards,
Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

**From:** Jiaxiao Zhang <jzhang@pandpimports.com>
**Sent:** Tuesday, August 11, 2026 2:07 PM
**To:** Ken Emanuelson <ken@emanuelson.us>; Casey Kempner <ckempner@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>
**Cc:** Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>

**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Hi Ken,

We are available this Thursday, August 13 at 1pm PT.

Regards,
Jiaxiao

**Jiaxiao Zhang**
Senior Corporate Counsel
P&P Imports LLC
JZhang@pandpimports.com

17352 Derian Ave
Irvine, CA 92614
(949) 269-1452
http://pandpimports.com

*This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.*

---

**From:** Ken Emanuelson <ken@emanuelson.us>
**Sent:** Tuesday, August 11, 2026 11:52:31 AM
**To:** Casey Kempner <ckempner@pandpimports.com>; Jiaxiao Zhang <jzhang@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>
**Cc:** Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>
**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Casey, Jiaxiao and Marc -

I write to follow up again on this request from Friday, following up on my prior request for a meet and confer on this issue.

Please advise today as to a when Plaintiff's counsel can be available.

Regards,
Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

**From:** Ken Emanuelson <ken@emanuelson.us>
**Sent:** Friday, August 7, 2026 12:56 PM
**To:** Casey Kempner <ckempner@pandpimports.com>
**Cc:** Jiaxiao Zhang <jzhang@pandpimports.com>; Marc E. Hankin <Marc@hpl.law>; Bruno Tarabichi <bruno@tmwlawfirm.com>; David Owens <dowens@dowenslaw.com>
**Subject:** Re: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Casey -

I write to follow up on this.

Thank you for your prior response proposing a June 29th date for a meet and confer on the standing issue.

Please advise as to an alternate date and time that Plaintiff's counsel can be available for a meet and confer on this issue.

Best regards,
Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed

above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

**From:** Casey Kempner <ckempner@pandpimports.com>
**Sent:** Monday, June 22, 2026 7:37 PM
**To:** Ken Emanuelson <ken@emanuelson.us>; Jiaxiao Zhang <jzhang@pandpimports.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>; Francis Wong <wong@trojanlawoffices.com>; Marc E. Hankin <marc@hpl.law>
**Subject:** RE: 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Ken,

We received your letter. We disagree that there are standing issues, and are available to meet and confer next week Monday 6/29 after 10am PT.

Regards,

-----------------------

**Casey H. Kempner**
Chief Legal Officer
P&P Imports LLC
17352 Derian Ave.
Irvine, CA 92614
949.734.6892| www.pandpimports.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not copy, disclose, or use any contents in this email. If you have received this email in error, please immediately notify the sender at P&P Imports LLC by replying to this email and deleting the original.

---

**From:** Ken Emanuelson <ken@emanuelson.us>
**Sent:** Friday, June 19, 2026 4:33 PM

**To:** Casey Kempner <ckempner@pandpimports.com>; Jiaxiao Zhang <jzhang@pandpimports.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>; Francis Wong <wong@trojanlawoffices.com>
**Subject:** 1715-5006: Letter re: P&P's Lack of Standing to Sue re: Design Patents

Casey and Jiaxiao:

Please find attached my letter regarding the standing issues raised earlier in Defendants' pleadings.

The exhibits referenced in the letter can be downloaded from the folder at this link.

Regards,
Ken

THE EMANUELSON FIRM
17304 PRESTON ROAD, SUITE 800
DALLAS, TEXAS 75252
[469] 363-5808
KEN@EMANUELSON.US

Confidentiality Notice: The information contained in this email and any attachments is intended only for the recipient(s) listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient(s) listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.