Paul D. Supnik
paul@supnik.com
9454 Wilshire Boulevard, Suite 550
Beverly Hills, CA 90212
310-859-0100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

P&P Imports LLC,

Plaintiff(s)

v.

Vevor Store LLC; Vevor Technology LLC; Vevor Technology Ltd.; etc. et al.

Defendant(s).

CASE NUMBER

8:25-cv-02494-DOC-DFM

**MEDIATION REPORT**

***Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.***

1. ☑ A mediation was held on (date): October 20, 2026 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.

   ☐ Defendant or defendant's representative failed to appear.

   ☐ Other:

3. Did the case settle?

   ☐ Yes, fully, on ____________ (date).

   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ Yes, partially, and further facilitated discussions are **not** expected.

   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: October 21, 2026

/paul d. supnik/
Signature of Mediator

PAUL D. SUPNIK
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*