**BRUNO TARABICHI**, CA Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy. 124-359
San Jose, California 95118
Telephone: 408.634.0324
Facsimile: 408.715.6707

**DAVID R. OWENS**, CA Bar No. 180829
dowens@dowenslaw.com
**OWENS LAW FIRM, PC**
84 W. Santa Clara St., Suite 700
San Jose, California 95113
Telephone: 408-298-8200

**KENNETH T. EMANUELSON** (pro hac vice)
Ken@Emanuelson.us
**THE EMANUELSON FIRM, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: 469-363-5808

ATTORNEYS FOR DEFENDANTS/COUNTER-CLAIMANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **P&P IMPORTS LLC,**<br>Plaintiff<br>vs.<br>**VEVOR STORE LLC, et al.**<br>Defendants<br>**VEVOR STORE LLC, et al.**<br>Counter-Claimants<br>vs.<br>**P&P IMPORTS LLC,**<br>Counter-Defendant. | Case No. 8:25-cv-02494-DOC-DFM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: December 7, 2026<br>Hearing Time: 8:30 am<br>Courtroom: 10A<br><br>Judge: Hon. David O. Carter |

**NOTICE OF MOTION AND**

**MOTION FOR JUDGMENT ON THE PLEADINGS**

TO PLAINTIFF P&P IMPORTS LLC AND ITS COUNSEL:

PLEASE TAKE NOTICE that on Monday, December 7, 2026, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10A of the Honorable David O. Carter, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, California 92701, all Defendants ("Defendants") will and hereby do move under Federal Rule of Civil Procedure 12(c) for judgment on the pleadings of non-infringement on the Sixth, Seventh, and Eighth Claims for Relief in Plaintiff P&P Imports LLC's First Amended Complaint ("FAC"), which allege infringement of U.S. Design Patent Nos. D900,933, D960,985, and D1,003,355, respectively.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 9, 2026. *See* Declaration of Kenneth T. Emanuelson.

This Motion is made on the grounds that the designs in the asserted design patents and the accused football nets are plainly dissimilar, such that no ordinary observer could find them substantially the same. As such, Defendants respectfully submit that the Court grant their Motion and enter judgment on the pleadings that each of the three accused football nets does not infringe (1) U.S. Design Patent No. D900,933 (Sixth Claim for Relief); (2) U.S. Design Patent No. D960,985 (Seventh Claim for Relief); and (3) U.S. Design Patent No. D1,003,355 (Eighth Claim for Relief).

The motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Kenneth T. Emanuelson pursuant to L.R. 7-3, the concurrently filed Request for Judicial Notice, the pleadings and records on file in this action, the arguments of counsel at any hearing

scheduled by the Court in connection with this Motion, and such further evidence, materials, and arguments as the Court may allow.

Date: November 9, 2026

Respectfully Submitted,

/s/ David R. Owens
David R. Owens
OWENS LAW FIRM, PC

Bruno Tarabichi
TMW LAW

Kenneth T. Emanuelson (pro hac vice)
THE EMANUELSON FIRM, P.C.

Attorneys for Defendants