**BRUNO TARABICHI**, CA Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy. 124-359
San Jose, California 95118
Telephone: 408.634.0324
Facsimile: 408.715.6707

**DAVID R. OWENS**, CA Bar No. 180829
dowens@dowenslaw.com
**OWENS LAW FIRM, PC**
84 W. Santa Clara St., Suite 700
San Jose, California 95113
Telephone: 408-298-8200

**KENNETH T. EMANUELSON** (pro hac vice)
Ken@Emanuelson.us
**THE EMANUELSON FIRM, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: 469-363-5808

ATTORNEYS FOR DEFENDANTS/COUNTER-CLAIMANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **P&P IMPORTS LLC,**<br><br>Plaintiff<br><br>vs.<br><br>**VEVOR STORE LLC, et al.**<br><br>Defendants<br><br>**VEVOR STORE LLC, et al.**<br><br>Counter-Claimants<br><br>vs.<br><br>**P&P IMPORTS LLC,**<br><br>Counter-Defendant. | Case No. 8:25-cv-02494-DOC-DFM<br><br>**DECLARATION OF KENNETH T. EMANUELSON REGARDING COMPLIANCE WITH L.R. 7-3 IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: December 7, 2026<br>Hearing Time: 8:30 am<br>Courtroom: 10A<br><br>Judge: Hon. David O. Carter |

I, KENNETH T. EMANUELSON, declare as follows:

1. I am an attorney with The Emanuelson Firm, P.C., and am admitted to practice before this Court pro hac vice. I am one of the counsel for Defendants in this action.

2. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

3. I submit this declaration under L.R. 7-3 in support of Defendants' Motion for Judgment on the Pleadings directed to the Sixth, Seventh, and Eighth Claims for Relief of the First Amended Complaint (Dkt. 22) ("FAC"), which allege infringement of U.S. Design Patent Nos. D900,933, D960,985, and D1,003,355 (the "Motion").

4. On September 29, 2026, I sent a letter by email to Plaintiff's counsel, Casey Kempner, Jiaxiao Zhang, and Marc E. Hankin, with copies to my co-counsel Bruno Tarabichi and David R. Owens. The letter gave notice under L.R. 7-3 of Defendants' intent to move for judgment on the pleadings under Rule 12(c) on Plaintiff's claims for infringement of the design patents directed to football training nets on the ground that the designs of the accused products, as depicted in the FAC, are plainly dissimilar from the claimed designs in Plaintiff's design patents. The letter requested that counsel meet and confer on the issues identified therein. A true and correct copy of the September 29 letter is attached as Exhibit A hereto.

5. On Friday, October 9, 2026, 1:00 p.m. Pacific Time, I conferred with Plaintiff's counsel Jiaxiao Zhang and Casey Kempner via videoconference. The videoconference ran from 1:00 p.m. to 1:51 p.m. Pacific Time.

6. During the conference, we discussed the basis for Defendants' contemplated Rule 12(c) motion as to the Sixth, Seventh, and Eighth Claims for Relief, including Defendants' position that the accused football nets, as shown in the FAC, are plainly dissimilar from the designs claimed in U.S. Design Patent Nos. D900,933, D960,985, and D1,003,355 under the ordinary-observer test. I also

notified Plaintiff's counsel of specific case law supportive of Defendants' position. We further discussed whether the dispute could be potentially resolved without the need for motion practice. Plaintiff's counsel stated that Plaintiff did not concur with Defendant's assessment of the matter, and did not agree to withdraw the claims brought under the identified design patents. The parties were unable to reach a resolution that would eliminate the necessity for a hearing.

7. The present Motion brought by Defendants is directed to the same claims for relief and the same ground identified in my September 29, 2026 letter to Plaintiff and discussed with Plaintiff on October 9, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2026.

*/s/ Kenneth T. Emanuelson*

Kenneth T. Emanuelson