UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **P&P IMPORTS LLC,**<br>Plaintiff<br>vs.<br>**VEVOR STORE LLC, et al.**<br>Defendants<br>**VEVOR STORE LLC, et al.**<br>Counter-Claimants<br>vs.<br>**P&P IMPORTS LLC,**<br>Counter-Defendant. | Case No. 8:25-cv-02494-DOC-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: December 7, 2026<br>Hearing Time: 8:30 am<br>Courtroom: 10A<br><br>Judge: Hon. David O. Carter |

Defendants' Motion for Judgment on the Pleadings ("Motion") was heard on December 7, 2026 at 8:30 a.m. Both Plaintiff and Defendants were represented by counsel.

**AFTER FULL CONSIDERATION** of the moving, opposition, and reply papers and oral argument by counsel, and good cause appearing therefor, Defendants' Motion is GRANTED as follows.

**THE COURT HEREBY FINDS THAT**

1. In its Sixth, Seventh, and Eighth Claims for Relief, Plaintiff has asserted that Defendants' football nets infringe U.S. Design Patent No. D900933 (hereinafter, the '933 Patent), U.S. Design Patent No. D960985 (hereinafter, the '985 Patent), and U.S. Design Patent No. D1003355 (hereinafter, the '355 Patent). *See* ECF No. 22, at ¶¶ 222-245.

2. In its Sixth, Seventh, and Eighth Claims for Relief, Plaintiff has accused the following football nets of infringing the '933, '985, and '355 Patents: the Vevor 8x8ft football net (B0CN6CQ7GZ), Vevor 7x7ft football net (B0CN6D7RQX), and Vevor 6x6ft football net (B0CN6CKH4G) (hereinafter, the "Accused Football Nets"). *See* ECF No. 22, at ¶¶ 224, 232, 240.

3. Applying the ordinary observer test, the designs in the '933, '985, and '355 Patents and the designs of the Accused Football Nets are sufficiently distinct and plainly dissimilar, such that an ordinary observer could not conclude the designs are substantially similar. As such, the designs of the Accused Football Nets do not infringe the '933, '985, or '355 Patents.

4. As the designs in the patents and the designs of the Accused Football Nets will not change irrespective of additional allegations, Plaintiff's FAC cannot be cured by additional factual allegations.

**THEREFORE, IT IS HEREBY ORDERED THAT**

Judgment on the pleadings is entered in favor of Defendants and against Plaintiff on Plaintiff's Sixth, Seventh, and Eighth Claims for Relief without leave to amend.

ENTERED this __________ day of ___________, 2026.

__________________________________
Hon. David O. Carter
United States District Judge